IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

United States of America,
Plaintiff,

vs.

Jeremy Hayes,
Defendant.

CASE NO. 8:25 CR 186

SUBMISSION OF THE DETERMINATION OF DETENTION OR RELEASE

Defendant states to the Court as follows:

(1) I understand that the Court must determine whether I should be detained or released, pending future judicial proceedings.

(2) I have discussed with my attorney my right to present evidence and make argument on this determination. All the questions I have concerning that right have been answered. I understand that by not requesting a hearing to present evidence and make argument, the Court will make the determination based upon the information within the Court's record.

(3) At this time, I wish to give up my right to present evidence and make argument on the determination of detention or release and submit the matter to the Court.

_____    August 28, 2025
Defendant                           Date

_____    8/28/2025
Attorney for Defendant              Date
Michelle M Lents

**ORDER**

**IT IS ORDERED** that Defendant's Submission of the Determination of Detention or Release is hereby accepted, and a separate order will be issued concerning detention or release.

DATED this 28th day of August, 20 25.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT